within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1441. IN RE DISBARMENT OF HAMER. It is ordered that Brenda Joyce Hamer, of Glendale, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1442. IN RE DISBARMENT OF FELDMAN. It is ordered that Richard Stewart Feldman, of Ushers, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1443. IN RE DISBARMENT OF KAGAN. It is ordered that Philip I. Kagan, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1444. IN RE DISBARMENT OF GASPERI. It is ordered that Edward M. Gasperi, of Saratoga Springs, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1445. IN RE DISBARMENT OF SPARROW. It is ordered that Victor H. Sparrow III, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1446. IN RE DISBARMENT OF KENDERIAN. It is ordered that Ronald V. Kenderian, of Alpine, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1447. IN RE DISBARMENT OF CREGAN. It is ordered that Lawrence Vincent Cregan, of Youngstown, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.